MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KIMALAE RAPHEL SMITH,<br><br>    Plaintiff,<br><br>    vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-02417-KJN<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER AND SERVE COPY OF THE CERTIFIED ADMINISTRATIVE RECORD |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file his answer and a serve a complete copy of the certified administrative record of the administrative proceedings, to be continued from February 10, 2020, to March 11, 2020.

This is the first continuance sought by Defendant. There is good cause for this request. Defendant requests the continuance due to the fact that the Social Security Administration's records component needs additional time to produce a copy of the certified administrative record to be utilized by all parties in this suit. The Social Security Administration's records component receives an extensive volume of requests for records nationally. For example in the last fiscal year,

SSA received more than 18,000 civil actions per year. *See* Federal Court Review Process, available at https://www.ssa.gov/appeals/court_process.html.

Therefore, with this Court's approval, the Court's scheduling order shall be extended by 30 days, so that Defendant may serve a copy of the certified administrative record and file his answer on or before March 11, 2020.

Respectfully submitted,

Date: February 10, 2020        PENA & BROMBERG, ATTORNEYS AT LAW

*s/ Jonathan O. Pena by C.Chen\**
(As authorized by email on 2/10/2020)
JONATHAN O. PENA
Attorneys for Plaintiff

Date: February 10, 2020        MCGREGOR W. SCOTT
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED:

Dated: February 11, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

smit.2417