McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| KIMALAE SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-02417-KJN<br><br>STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will provide the claimant an opportunity to submit any evidence to support her good cause statement and will reevaluate whether good cause was established. It will also take further action, as warranted, to complete the administrative record.

////

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: August 5, 2020　　　　　　　　　　PENA & BROMBERG, ATTORNEYS AT LAW

　　　　　　　　　　　　　　　　　　　　　/s/ Jonathan O. Pena by C.Chen*
　　　　　　　　　　　　　　　　　　　　　(As authorized by email on 8/5/2020)
　　　　　　　　　　　　　　　　　　　　　JONATHAN O. PENA
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: August 5, 2020　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　By s/ Carolyn B. Chen
　　　　　　　　　　　　　　　　　　　　　CAROLYN B. CHEN
　　　　　　　　　　　　　　　　　　　　　Special Assistant U. S. Attorney

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 6, 2020

　　　　　　　　　　　　　　　　　　　　　_____
smit.2417　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE